# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

   v.                                                      **Case No. 93-CR-77**

**JOSEPH E. LEONE,**
        **Defendant.**

## ORDER

Defendant Joseph Leone requests early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). Because defendant has fulfilled the requirements of supervised release, the government supports the request. The probation office reports that defendant has been compliant and does not oppose termination.

The court may grant a request for early termination of supervised release if (1) the defendant has served at least one year; (2) considering the sentencing factors set forth in 18 U.S.C. § 3553(a), as well as the defendant's conduct, termination is in the interests of justice; and (3) the government is given notice and an opportunity to be heard. 18 U.S.C. § 3583(e)(1); <u>United States v. Medina</u>, 17 F. Supp. 2d 245 (S.D.N.Y. 1998). These requirements are all satisfied in the present case. Defendant has served nearly four years of the five year term imposed; given defendant's compliance and successful re-integration into the community, early termination would be in the interest of justice and would not depreciate the seriousness of the offense or impede defendant's rehabilitation; and the government has responded in favor of the request. Thus, the request will be granted.

**THEREFORE, IT IS ORDERED** that defendant's request for early termination of supervised release (R. 146) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 17th day of October, 2006.

/s Lynn Adelman
_____
LYNN ADELMAN
District Judge

2

Case 2:93-cr-00077-LA   Filed 10/17/06   Page 2 of 2   Document 148